UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2005

GREGORY C. LANGHAM
CLERK

MANUEL S. DEPINEDA,

Petitioner,

v.

JOE ORTIZ, Executive Director, Colorado D.O.C.; COLORDO ATTORNEY GENERAL,

Respondent.

No. 05-1232

05-cv-691-ZLW

ORDER

Filed July 19, 2005

Before **BRISCOE, MURPHY,** and **McCONNELL**, Circuit Judges.

This transferred matter is **DISMISSED** because Mr. DePineda has failed to comply with this court's previously imposed filing restrictions. *See DePineda v. Hemphill*, 34 F.3d 946, 948 (10th Cir. 1994).

It is further ordered that Mr. DePineda not only fulfill the filing restrictions imposed in *DePineda v. Hemphill*, but that, before any other matters are filed in this court, Mr. DePineda shall pay $500.00 as a sanction to the clerk of this court.

Mr. DePineda shall have ten days from the date of this order to file written objections, limited to fifteen pages, to this proposed sanction. If he does not file objections, payment shall be due within twenty days from the date of this order. If Mr. DePineda does file timely objections, this sanction shall not be due until this court has ruled on the objections.

                                                Entered for the Court
                                                PATRICK FISHER, Clerk of Court